ZENICA SEGERMAN, Appellant, v LUTHERAN MEDICAL CENTER et al., Respondents.

Submitted March 9, 2015; decided April 7, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1115 (2015)].

Judges STEIN and FAHEY taking no part.